1  BENJAMIN B. WAGNER
   United States Attorney
2  PETER M. MULARCZYK
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  Case No. 2:13-mj-00184-DAD
                                   )
12                Plaintiff,       )  ORDER VACATING TRIAL DATE
                                   )
13       v.                        )
                                   )  Date:      September 18, 2013
14  NANCY E. TODD,                 )  Time:      10:00 a.m.
                                   )  Judge:     Hon. Dale A. Drozd
15                Defendant.       )
                                   )
16  _____ )

17       It is hereby ordered that the September 18, 2013 at 10:00 a.m.

18  court trial is hereby vacated and the matter is continued to October 1,

19  2013 at 10:00 a.m. for a status conference.

20       IT IS SO ORDERED.

21  DATED: September 18, 2013.

22

23                                  _____
                                    DALE A. DROZD
24                                  UNITED STATES MAGISTRATE JUDGE

25
   dad1.crim
26  todd0184,stipo.cont.wpd

27

28